No. 399. ACCARDI v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Robert R. Rainold* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 400. DOUGALL v. SPOKANE, PORTLAND & SEATTLE RAILWAY Co. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Charles A. Hart, Hugh L. Biggs* and *Cleveland C. Cory* for respondent.

No. 405. TAUSSIG v. AMERICAN NATIONAL BANK & TRUST Co. OF CHICAGO, FORMER TRUSTEE. C. A. 7th Cir. Certiorari denied. *Robert B. Johnstone* and *Myer H. Gladstone* for petitioner. *Weymouth Kirkland* and *Howard Ellis* for the American National Bank & Trust Co. of Chicago, *William H. Dillon* for the Chicago Title & Trust Co., *David Levinson* for the Northern Trust Co., and *Horace A. Young* for Saxelby, respondents.

No. 402. MONDAY ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Henry K. Williams, Jr.* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, A. F. Prescott* and *Fred E. Youngman* for respondent.

No. 403. LOESCH v. FEDERAL TRADE COMMISSION. C. A. 4th Cir. Certiorari denied. *Richard M. Welling* for petitioner. *Solicitor General Rankin, Assistant Attorney General Hansen, Daniel M. Friedman, W. Louise Florencourt, Earl W. Kintner* and *James E. Corkey* for respondent.